**James WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40893.**

Missouri Court of Appeals,
Western District.

April 4, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Application to Transfer Denied
May 10, 1989.

Leon Munday, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and
SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).